[No. 4937–6–II.  Division Two.  July 2, 1982.]

AGNES A. ROCKEY, *Appellant,* v. WESTERN
CONFERENCE OF TEAMSTERS PENSION
TRUST, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 242924, Donald H. Thompson, J., entered July

3, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, A.C.J., and Worswick, J.